# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SHERWOOD YANICKA,<br><br>           Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>   Commissioner of Social Security,<br><br>           Defendant. | Case No. 3:20-cv-01093-DMS-AHG<br><br>**ORDER FOR REMAND PURSUANT TO 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT** |

IT IS HEREBY ORDERED that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to the ALJ to re-evaluate the evidence including, but not limited to, the medical-opinion evidence, and issue a new decision.

**IT IS SO ORDERED.**

Dated: April 15, 2021

_____
Hon. Dana M. Sabraw
United States Chief District Judge